UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TAIREEF A. MEYNARD,

    Plaintiff,

v.                                                                 Case No.  5:21-cv-58-TKW/MJF

JOHN DOE, *et al.*,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8) and Plaintiff's objections (Docs. 11, 12).[1] The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to disclose his litigation history.

The objections argue that the amended complaint should be accepted as timely filed.  That argument misses the mark because the timeliness of the amended

---

[1] Doc. 12 appears to be a duplicate copy of Doc. 11.  Both filings are styled as a "Request for Acceptance of Untimely Objection" and not only explain why the objection was not filed by the deadline established in the Report and Recommendation but also include substantive objections to the magistrate judge's ruling.  The explanation regarding the untimeliness is consistent with the grounds asserted in Plaintiff's letter to the Clerk requesting an extension of time to file objections to the Report and Recommendation.  *See* Doc. 10.  That letter will be treated as a motion for extension of time and will be granted.

complaint has no bearing on the reason for dismissal. The amended complaint was dismissed because Plaintiff falsely answered the questions on the civil rights complaint form regarding his litigation history, not because it was untimely. The objections do not take issue with the magistrate judge's determination that Plaintiff failed to disclose his litigation history.

Accordingly, it is **ORDERED** that:

1. Plaintiff's motion for extension of time to file objections to the Report and Recommendation (Doc. 10) is **GRANTED**, and Plaintiff's objections (Docs. 11, 12) are deemed timely and have been considered by the Court.

2. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

3. This case is **DIMISSED without prejudice**, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 30th day of August, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**